In The


Court of Appeals


Sixth Appellate District of Texas at Texarkana



______________________________



No. 06-06-00100-CR


______________________________




LESTER BAXTER STARNES, Appellant



V.



THE STATE OF TEXAS, Appellee




 


On Appeal from the 336th Judicial District Court


Fannin County, Texas


Trial Court No. 20924




 




Before Morriss, C.J., Carter and Moseley, JJ.


Memorandum Opinion by Chief Justice Morriss



MEMORANDUM OPINION



 A jury found Lester Baxter Starnes guilty in a single trial of three charges of aggravated
sexual assault of a child and three charges of indecency with a child. This appeal concerns Starnes'
convictions in trial court cause number 20924. All three causes were appealed separately, but were
briefed together on appeal by both Starnes and the State. (1) Starnes raises the same issues in each
appeal.

 Since the briefs and arguments raised in each appeal are identical, for the reasons stated in
Starnes v. State, cause number 06-06-00099-CR, we likewise conclude Starnes has presented this
Court with no reversible error and affirm the trial court's judgment.



 Josh R. Morriss, III

 Chief Justice


Date Submitted: January 24, 2007

Date Decided: April 26, 2007


Do Not Publish


1. The other appeals concern trial court cause numbers 20923 and 20925. 


Do Not Publish